NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SEIRUS INNOVATIVE ACCESSORIES, INC.,**
*Plaintiff-Appellant,*

**v.**

**GORDINI U.S.A., INC.,**
*Defendant-Appellee.*

---

2012-1403

---

Appeal from the United States District Court for the Southern District of California in case no. 10-CV-0892, Judge Marilyn L. Huff.

---

## ON MOTION

---

## O R D E R

Upon consideration of parties' joint motion to withdraw the appeal,

IT IS ORDERED THAT:

(1) The motion is granted and the appeal is dismissed.

(2) Each side shall bear its own costs.

SEIRUS INNOVATIVE ACCESSORIES V. GORDINI U.S.A., INC.          2

FOR THE COURT

 /s/ Jan Horbaly
Jan Horbaly
Clerk

s26

ISSUED AS A MANDATE: April 10, 2013